UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VENICE PI, LLC,

        Plaintiff,

v.

JASMINE PATERSON; and CHRISTINA BRUMANN (formerly Christina Bannon-Durant),

        Defendants.

C17-1219 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion brought by defendant Christina Brumann (formerly Bannon-Durant), docket no. 44, for an order prohibiting plaintiff's counsel from having direct contact with her is GRANTED as follows. Plaintiff's counsel's legal assistant has acknowledged that service copies of court filings were mistakenly sent to Brumann rather than her attorney. *See* Hoohan Decl. at ¶ 3 (docket no. 47). Plaintiff's counsel appears to be aware of his ethical obligation to refrain from communicating directly with a party who is represented by an attorney, and he is expected to comply with the Rules of Professional Conduct.

(2) In light of defendant's recent marriage and change of name, the Clerk is DIRECTED to update the docket to identify defendant as Christina Brumann (formerly Christina Bannon-Durant). The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of May, 2018.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1