# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

VENICE PI, LLC,

    Plaintiff,

v.

JASMINE PATERSON; and
CHRISTINA BANNON-DURANT,

    Defendants.

C17-1219 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On April 22, 2019, plaintiff filed a notice of voluntary dismissal, docket no. 59, purporting to dismiss its claims without prejudice. With respect to defendant Jasmine Paterson, who has not appeared in the action, plaintiff's notice will be treated as dismissing its claims without prejudice. With respect to defendant Christina Bannon-Durant, however, who is represented by counsel, and who filed an objection, docket no. 57, to plaintiff's response, docket no. 56, to the Minute Order entered October 19, 2018, docket no. 55, in which she sought attorney's fees pursuant to the Copyright Act, plaintiff's notice is treated as a motion to dismiss, and it is NOTED for May 24, 2019. Any response shall be filed on or before May 20, 2019, and any reply shall be filed by the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of April, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1